# EXHIBIT "B"



**T** 718.384.8040
**W** TargemTranslations.com
**E** projects@targemtranslations.com
**A** 185 Clymer St. Brooklyn, NY 11211

# CERTIFICATE OF ACCURACY

On this day, personally appeared before me, a Notary Public in and for the State of New York, County of Kings, Wolf Markowitz, who after having duly affirmed, deposes and says that he is and has for more than 40 years been, a professional translator of the HEBREW and ENGLISH languages; that he carefully prepared the attached ENGLISH translation of a **2 Rabbinical Court Rulings; dated May 23, and September 30, 2024** written in HEBREW; and that the translation is a true, accurate and correct rendering of such document and the whole thereof. Described and affirmed to before me this April 3, 2025.

_____
Signature of Translator

ROCHAL WEISS
NOTARY PUBLIC-STATE OF NEW YORK
No. 01WE6293785
Qualified in Kings County
My Commission Expires 12-16-2024



*Translation from the H E B R E W language*

 

By the Grace of G-d

## Rabbinical Court Ruling

On the matters of controversies that came before us between the following parties: Party A is Mr. Abraham Greenfeld and Mr. Nathan Samuel Greenfeld, and Party B is Mr. Shie Rubin, on his own behalf and on behalf of Diamond Elite QOF; with regards to a loan or an investment in the sum of $800,000, and the related. After hearing the arguments by the parties and their evidence, an analysis of their statements and deliberations amongst ourselves, the following Rabbinical Court Ruling was issued:

1. Party B is required to pay Party A the sum of $800,000; however, if he pays within ninety days [from the date of the signature below], he may deduct the sum of $250,000, and pay only the sum of $550,000.

On this we affixed our signatures on 15 *Iyar* 5784 {May 23, 2024}.

Saith: *Mordechai Babad*,                Rabbinical Judge

Saith: *Abraham Yitzchok Braunstein*,    Rabbinical Judge

Saith: *Moshe Elyakim Fleishman*,        Rabbinical Judge

*Translation from the H E B R E W language*



By the Grace of G-d

## Rabbinical Court Ruling

On the matters of controversies that came before us between the following parties: Party A is Mr. Abraham Greenfeld and Mr. Nathan Samuel Greenfeld, and Party B is Mr. Shie Rubin, on his own behalf and on behalf of Diamond Elite QOF; with regards to a loan or an investment in the sum of $800,000, and the related. We have issued a Rabbinical Court Ruling on 15 *Iyar* 5784 {May 23, 2024}, and the parties came back before the Rabbinical Court for further arguments; after hearing the arguments by the parties and their evidence, an analysis of their statements and deliberations amongst ourselves, the following Rabbinical Court Ruling was issued:

1. Said Rabbinical Court Ruling is in effect, [i.e. that Party B is required to pay Party A the sum of $800,000]; however, he has an additional ninety days [from the date of the signature below], that if he pays within the ninety days, he may deduct the sum of $250,000, and pay only the sum of $550,000.

On this we affixed our signatures on 27 *Elul* 5784 {September 30, 2024}.

Saith: *Mordechai Babad*,                    Rabbinical Judge

Saith: *Abraham Yitzchok Braunstein*,        Rabbinical Judge

Saith: *Moshe Elyakim Fleishman*,            Rabbinical Judge

Office and Courtroom Monsey: 168 Maple Ave., Monsey NY 10952
Courtroom Brooklyn: 1606 49th Street, Brooklyn NY 11204
Tel. (845) 352-8444   Fax: (845) 425-2094   Email: baisdin@mechon.org

Rabbinical Court of MECHON L'HOYROA
Monsey N.Y.
Brooklyn N.Y.

בית דין צדק
שע"י
מכון להוראה
מאנסי נ.י. יצ"ו
ברוקלין נ.י. יצ"ו

בעזהשי"ת

## פסק דין

בדין ודברים שבא לפנינו בין הצדדים דלהלן: צד א׳ מו״ה אברהם גרינפעלד נ״י, ומו״ה נתן שמואל גרינפעלד נ״י, צד ב׳ מו״ה יהושע רובין נ״י, בשמו ובשם Diamond Elite QOF, בנידון הלוואה או השקעה בסך 800,000$, והמסתעף. אחרי שמיעת טענות הצדדים וראיותיהם והעיון בדבריהם והמשא ומתן בינינו יצא מלפנינו פסק דין דלהלן:

א) צד ב׳ חייב לשלם לצד א׳ סך של 800,000$, אבל אם ישלם עד תשעים יום [מיום החתימה דלמטה], יכול לנכות סך של 250,000$, וישלם רק סך של 550,000$.

וע״ז באעה״ח ביום ט״ו אייר תשפ״ד לפ״ק

נאום _____ דיין

נאום _____ דיין

נאום _____ דיין

Office and Courtroom Monsey: 168 Maple Ave., Monsey NY 10952   משרד ולשכת הביד״צ מאנסי:
Courtroom Brooklyn: 1606 49th Street, Brooklyn NY 11204   לשכת הביד״צ ברוקלין:
Tel. (845) 352-8444   Fax: (845) 425-2094   Email: baisdin@mechon.org

**Rabbinical Court of MECHON L'HOYROA**
Monsey N.Y.
Brooklyn N.Y.

בית דין צדק
שע"י
מכון להוראה
מאנסי נ.י. יצ"ו
ברוקלין נ.י. יצ"ו

בעזהשי"ת

## פסק דין

בדין ודברים שבא לפנינו בין הצדדים דלהלן: צד א' מו"ה אברהם גרינפעלד נ"י, ומו"ה נתן שמואל גרינפעלד נ"י, צד ב' מו"ה יהושע רובין נ"י, בשמו ובשם Diamond Elite QOF, בנידון הלוואה או השקעה בסך 800,000$, והמסתעף. וכבר יצא מאתנו פסק דין ביום ט"ו אייר תשפ"ד לפ"ק, וחזרו הצדדים לבי"ד לטעון עוד, אחרי שמיעת טענות הצדדים וראיותיהם והעיון בדבריהם והמשא ומתן ביניינו יצא מלפנינו פסק דין דלהלן:

א) הפסק הנ"ל הוא בתקפו, [דהיינו שצד ב' חייב לשלם לצד א' סך של 800,000$], אבל יש לו עוד תשעים יום [מיום החתימה דלמטה], שאם ישלם תוך התשעים יום, יכול לנכות סך של 250,000$, וישלם רק סך של 550,000$.

וע"ז באעה"ח ביום כ"ז אלול תשפ"ד לפ"ק

נאום _____ דיין

נאום _____ דיין

נאום _____ דיין